MEM                                                                         FILED IN OPEN COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

JUL 27 2017

CHARLES R. DIARD, JR.
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 17-160 - WS |
| | * | USAO NO. 17R00294 |
| v. | * | |
| | * | VIOLATIONS: 18 USC § 2251(a) and (e) |
| TERRY WHITE | * | 18 USC § 2252A |
| | | 18 USC § 2260A |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about February 21, 2016, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**TERRY WHITE,**

did use, and attempt to use, persuade, induce, and entice a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a) and (e).

### COUNT TWO

On or about February 21, 2016, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**TERRY WHITE,**

knowingly received images of child pornography as defined in 18 U.S.C. § 2256(8)(A) that had been shipped and transported in and affecting interstate commerce by any means including by

1

computer.

In violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

### COUNT THREE

The Grand Jury further alleges that the defendant,

**TERRY WHITE,**

committed the felony offense involving a minor charged in Count One and Two of this Indictment at times he was required to register as a sex offender under the laws of the State of Alabama.

In violation of Title 18, United States Code, Section 2260A.

### FORFEITURE NOTICE

In accordance with Title 18, United States Code, Section 2253, and premised upon the conviction of the defendant of one or more violations of Title 18, United States Code, Sections 2252 and 2252A, the defendant shall forfeit to the United States all property, real or personal, used or intended to be used to commit or promote the commission of such offenses, including all visual depictions the production of which involved minors engaged in sexually explicit conduct and any real or personal property used or intended to be used to commit the offense in this indictment.

A TRUE BILL

_____
FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

STEVE BUTLER
ACTING UNITED STATES ATTORNEY

By: /s/ Maria E. Murphy
MARIA E. MURPHY
Assistant United States Attorney

/s/ Vicki M. Davis
VICKI M. DAVIS
Assistant United States Attorney
Chief, Criminal Division                    JULY 2017