19

# PENALTY PAGE

**CASE STYLE:** UNITED STATES v. TERRY WHITE

**DEFENDANT:** TERRY WHITE (ALL COUNTS)

**USAO NO.** 17R000294

**AUSA:** Maria E. Murphy

**CODE VIOLATIONS:**

**COUNT 1:** 18 USC § 2251(a) Production of Child Pornography

**COUNT 2:** 18 USC 2252A Receipt of Child Pornography

**COUNT 3:** 18 USC § 2260A Offense by Registered Sex Offender

**PENALITIES:**

**COUNT 1:** 15 yrs to 30 yrs/$250,000/5 yrs to LIFE SRT/$100 SA
If the defendant has one qualifying prior conviction: 25 years to 50 years/$250,000/5 yrs to LIFE SRT/$100 SA.   If the defendant has two qualifying prior convictions: 35 years to LIFE/$250,000/5 years to LIFE SRT/100 SA.

**COUNT 2:** 5 years to 20 yrs/$250,000/5yrs to LIFE SRT/$100SA
15 year to 40 years if the defendant has a qualifying prior conviction.

**COUNT 3:** MANDATORY CONSECUTIVE 10 years

4