IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIM. NO. CR17-160-WS |
| TERRY WHITE | : | |

## MOTION TO PRODUCE DEFENDANT FOR EVALUATION

COMES NOW TERRY WHITE and moves the Court to enter an order directing the U.S. Marshals Service to produce him to appear at the federal courthouse on **Tuesday, September 26, 2017 at 9:00 a.m.** for a psychological evaluation by Mary L. Collins. The evaluation will take approximately take 3 hours and be conducted in a private area of the courthouse where the defendant and Ms. Collins can meet and the defendant can provide oral and written responses to evaluation materials.

Mr. White is presently housed at the Baldwin County Jail.

WHEREFORE, the defendant prays the Court to enter an order directing the U.S. Marshals Service to produce him to appear at the federal courthouse on **Tuesday, September 26, 2017 at 9:00 a.m.**, and for such other and further relief as he may be entitled to receive, the premises considered.

/s/Peter J. Madden
Peter J. Madden
Assistant Federal Defender
Federal Defenders Organization, Inc.
11 N. Water St., Ste. 11290

1

Mobile, Alabama 36602  
(251) 433-0910

## CERTIFICATE OF SERVICE

 I certify that I have served a true and correct copy of the foregoing pleading on the appropriate parties by electronic delivery on this 22nd day of September, 2017.

/s/ <i>Peter J. Madden</i>  
Peter J. Madden (MADDP5495)