SCANNED
17-cr-1160-WS

United States District Court
Hon. William H. Steele U.S District Judge
for the Southern Dist. of Alabama

Terry White
Reg.# 16961-003
USP Marion
P.O Box 1000
Marion, IL 62959

U.S. DISTRICT COURT
SOU. DIST. ALA.
FILED IN CLERK'S OFFICE
AUG 18 2020
CHARLES R. DIARD, JR.
CLERK

Hon. Judge Steele

I am submitting this Request in Hopes of this Court Respectfully Consider a Variance for the Covid-19 in my case. I am offering the following Highlights of Post Conviction Achievements:

My Job Hvac 2
RDap Am group
Blue Print Reading 1 Ace
CDh manual Study Ace Class
Ace Business Essentials
Unicor OSHA 10-24 weeks
Drug Education Complete

Because of the Covid-19 I was not able to get the Benefits of the R-dap Program and Ged Class thanks have a Safe and Bless day



## Individualized Reentry Plan - Program Review  (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: WHITE, TERRY   16901-003

SEQUENCE: 02153023
Team Date: 03-12-2020

| | |
|---|---|
| Facility: | MAR  MARION USP |
| Name: | WHITE, TERRY |
| Register No.: | 16901-003 |
| Age: | 24 |
| Date of Birth: | 09-08-1995 |

| | |
|---|---|
| Proj. Rel. Date: | 01-17-2022 |
| Proj. Rel. Mthd: | 3621E COND |
| DNA Status: | MAR03641 / 03-27-2019 |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MAR | HVAC 2 | HEATING-VENT-AIR CONDITIONING | 03-06-2020 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MAR | ESL HAS | ENGLISH PROFICIENT | 04-09-2019 |
| MAR | GED EN | ENROLL GED NON-PROMOTABLE | 04-09-2019 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MAR | | RDAP AM GROUP | 11-21-2019 | CURRENT |
| MAR | | 1400 CR 3 LITERACY 0.0 - 3.9 | 06-05-2019 | CURRENT |
| MAR | C | BLUE PRINT READING 1 ACE | 10-23-2019 | 02-06-2020 |
| MAR GP | C | CDL MANUAL STUDY ACE CLASS | 08-09-2019 | 11-06-2019 |
| MAR GP | C | ACE BUSINESS ESSENTIALS | 07-30-2019 | 11-06-2019 |
| MAR GP | C | UNICOR OSHA 10 - 24 WEEKS | 05-07-2019 | 08-01-2019 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-29-2019 |
| CARE1-MH | CARE1-MENTAL HEALTH | 04-02-2019 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-29-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-29-2019 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP PART | RESIDENT DRUG TRMT PARTICIPANT | 11-21-2019 |
| ED COMP | DRUG EDUCATION COMPLETE | 08-05-2019 |
| ELIGIBLE | 18 USC 3621 RELEASE ELIGIBLE | 10-23-2019 |
| NR WAIT | NRES DRUG TMT WAITING | 04-10-2019 |

### FRP Details

Most Recent Payment Plan

| | | | | |
|---|---|---|---|---|
| **FRP Assignment:** | PART | FINANC RESP-PARTICIPATES | **Start:** | 04-22-2019 |
| **Inmate Decision:** | AGREED | $25.00 | **Frequency:** | QUARTERLY |
| **Payments past 6 months:** | $0.00 | | **Obligation Balance:** | $100.00 |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $100.00 | IMMEDIATE | AGREED |

*\*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\**

### Payment Details



**Individualized Reentry Plan - Program Review  (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: WHITE, TERRY  16901-003

SEQUENCE: 02153023
Team Date: 03-12-2020

| Most Recent Payment Plan |
|---|

Trust Fund Deposits - Past 6 months:   $ N/A           Payments commensurate ?   N/A
New Payment Plan:        ** No data **

### Progress since last review

Inmate White is currently enrolled in RDAP.  He is also enrolled in GED (non-promotable).  He completed Blue Print Reading and CDL Manual Study ACE Classes since last team. He has been assessed for Substance Abuse treatment need, family/parenting need and finance/poverty need.  Substance Abuse Need: Yes.  Family/Parenting Need: No.  Finance/Poverty Need: Yes.

### Next Program Review Goals

Recommended he enroll in Resume Writing Class as offered by Education before next team, 09/2020.

### Long Term Goals

The inmate is encouraged to contact his family to request they submit his birth certificate, photo identification, and social security card via certified mail to Unit Team, or contact his Counselor for assistance in obtaining these items.  Further, he should work toward creating a resume to aid him in his search for employment.  Inmate should complete by 07/2021.

### RRC/HC Placement

### Comments

** No notes entered **



**Individualized Reentry Plan - Program Review  (Inmate Copy)**     SEQUENCE: 02153023
Dept. of Justice / Federal Bureau of Prisons                          Team Date: 03-12-2020
Plan is for inmate: WHITE, TERRY  16901-003

| | |
|---|---|
| Name: WHITE, TERRY | DNA Status:   MAR03641 / 03-27-2019 |
| Register No.: 16901-003 | |
| Age: 24 | |
| Date of Birth: 09-08-1995 | |

---

Inmate   (WHITE, TERRY. Register No.: 16901-003)

---

Date

---

Unit Manager / Chairperson                Case Manager

---

Date                                       Date

Individualized Reentry Plan - Program Review  (Inmate Copy)        Page 3 of 3

Terry White 16196-003
United States Penitentiary
P.O Box 1000
Marion, IL 62959



SAINT LOUIS MO 630

13 AUG 2020 PM 8 L

Senior U.S District Judge
William H. Steele
Southern District Of Alabama
115 St. Joseph Street
Mobile AL 36602

36602-361415